TAYLOR v. DECATUR MINERAL & LAND CO. (Circuit Court of Appeals, Fifth Circuit. June 2, 1902.) No. 1,115. Appeal from the Circuit Court of the United States for the Northern District of Alabama. Milton Humes, for appellant. Lawrence Cooper, for appellee. Before PARDEE and McCORMICK, Circuit Judges.

PER CURIAM. Without concurring fully in all the reasons given by the learned judge of the circuit court, we are satisfied that the decree rendered by him was correct, and the same is affirmed.

---

TEXAS & P. RY. CO. v. SMITH. (Circuit Court of Appeals, Fifth Circuit. May 20, 1902.) No. 1,111. In Error to the Circuit Court of the United States for the Eastern District of Texas. F. H. Prendergast and T. J. Freeman, for plaintiff in error. S. P. Jones, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. All the errors assigned and relied upon in this court are based upon the charge as given by the trial judge and his refusal to charge as requested. We find that the charge as given was correct, and fully stated the propositions of law involved in the case, and that the requested charges, so far as they announce correct propositions of law, were included in and covered by the main charge as given, and hence were properly refused. The judgment of the circuit court is affirmed.

---

THOMAS v. UNITED FIREMEN'S INS. CO. OF PHILADELPHIA. (Circuit Court of Appeals, Seventh Circuit. May 6, 1902.) No. 714. In Error to the Circuit Court of the United States for the Northern District of Illinois. William M. Jones and Almon W. Bulkley, for plaintiff in error. William B. Cunningham, for defendant in error. Dismissed on motion of counsel for plaintiff in error.

---

THOMPSON et al. v. HERREN et al. (Circuit Court of Appeals, Fifth Circuit. May 20, 1902.) No. 1,139. In Error to the Circuit Court of the United States for the Northern District of Texas. W. M. Sleeper, for plaintiffs in error. S. H. Lumpkin and Jas. M. Robertson, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The finding of the trial judge, a jury having been waived, as to the amount in controversy, is conclusive. The judgment of the circuit court is affirmed.

---

TYSON v. HURFORD et al. (Circuit Court of Appeals, Eighth Circuit. March 24, 1902.) No. 1,680. Appeal from the District Court of the United States for the District of Kansas. C. S. Bowman, for appellant. Dismissed, without costs to either party in this court, on motion of appellant.